# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHLEEN ZAFARANA and BRAD DUMVILLE, individually and on behalf of all others similarly situated, | : : : : : |
| Plaintiffs, | : CIVIL ACTION : : No. 09-cv-4026 |
| v. | : : |
| PFIZER INC. and PHARMACIA & UPJOHN CO., | : : : |
| Defendants. | : |

## ORDER

AND NOW, this 19th day of July, 2010, upon consideration of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint (Doc. No. 17) and responses thereto, it is hereby ORDERED that the Motion is GRANTED and Plaintiffs' Amended Complaint is DISMISSED.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.